RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
DAYLE ELIESON
Acting US Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-00063-MMD-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SPENCER J. STEELE; ) | **STIPULATION** |
| JAY SORDEAN as the successor ) | |
| trustee of THE DESERT LAKE TRUST ) | |
| CREATED ON OCTOBER 1, 2005; and ) | |
| STEWART TITLE COMPANY as the ) | |
| successor in interest to STEWART TITLE ) | |
| OF DOUGLAS COUNTY. ) | |
| Defendants. ) | |
| _____) | |

    The United States of America and Stewart Title Company (STC), through their respective counsel, stipulate and agree as follows:

1. The United States brought this suit pursuant to 26 U.S.C. §§ 7402 and 7403 to reduce to judgment unpaid federal tax liabilities assessed against defendant Spencer J. Steele and to enforce tax liens on real property commonly known as 1883 Genoa

1

Ln., Gardnerville, NV 89410, Assessors Parcel No. 1022-29-201-012 (the Real Property).

2. STC was named as defendant pursuant to 26 U.S.C. § 7403(b) because it is the successor in interest of the STEWART TITLE OF DOUGLAS COUNTY and may claim an interest in the Real Property.

3. STC received a copy of the Complaint (ECF No. 1) and waives the service of summons.

4. STC disclaims any interest in the Real Property or in any proceeds from the sale of the Real Property.

5. This stipulation resolves all claims against STC raised in the Complaint.

6. The Parties shall bear their own attorney's fees, costs, and expenses in connection with this matter.

The parties request an order approving this stipulation and dismissing STC as a party Defendant.

Dated: February 27, 2018                     Dated: 2/27/2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney
General

/s/ Boris Kukso
BORIS KUKSO                                  SEAN O'CALLAGHAN, Esq.
Trial Attorney, Tax Division                 Senior Litigation Counsel
U.S. Department of Justice                   Stewart Title
P.O. Box 683                                 1980 Post Oak Blvd., Suite 710
Washington, D.C. 20044                       Houston, TX 77056
202-353-1857 (v)                             O (713) 625-4122 | F (713) 629-2248
202-307-0054 (f)                             socallag@stewart.com
Boris.Kukso@usdoj.gov

*Attorneys for the United States*            *Attorney for Stewart Title Company*

CERTIFICATE OF SERVICE

I hereby certify that on this February 27, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also certify that on the same date I have mailed the document by United States Postal Service to the following participants:

    SEAN O'CALLAGHAN, Esq.
    Senior Litigation Counsel
    Stewart Title
    1980 Post Oak Blvd., Suite 710
    Houston, TX 77056

*/s/ Boris Kukso*
Boris Kukso

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SPENCER J. STEELE;
JAY SORDEAN as the successor
trustee of THE DESERT LAKE TRUST
CREATED ON OCTOBER 1, 2005; and
STEWART TITLE COMPANY as the
successor in interest to STEWART TITLE
OF DOUGLAS COUNTY.
    Defendants.

Case No. 3:18-cv-00063-MMD-WGC

**ORDER**

Pursuant to the stipulation filed by Plaintiff the United States of America and Defendant Stewart Title Company, and good cause appearing,

IT IS HEREBY ORDERED that the stipulation is approved and that Stewart Title Company is hereby DISMISSED as a party Defendant.

Dated: February 27, 2018

_____
Hon. MIRANDA M. DU
US District Court Judge

1

Submitted by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Boris Kukso*
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

*Attorneys for the United States*


Approved as to form by:

SEAN O'CALLAGHAN, Esq.
Senior Litigation Counsel
Stewart Title
1980 Post Oak Blvd., Suite 710
Houston, TX 77056
O (713) 625-4122 | F (713) 629-2248
socallag@stewart.com


*Attorney for Stewart Title Company*